**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 17-13638 NWW |
| AUTUMN TRINAE PRICE | Chapter 13 |

**NOTICE OF FINAL CURE PAYMENT**

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:    **US BANK TRUST NATIONAL ASSOCIATION**

Court Claim Number: **002**     UCI: NA

Last Four of Account Id Number:    5558

Property Address, if available:    3932 ALEXIS CIR

**Part 2: CURE AMOUNT**
a. Allowed prepetition arrearage:    $12147.40
b. Prepetition arrearage paid by the Trustee:    $12147.40
c. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c):    $650.00
d. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c) paid by the Trustee:    $650.00
Total Disbursements by Trustee:    $48,465.42

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $656.00

Next post-petition payment due: December 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 12/17/21                                        Respectfully Submitted:

                                                s/ Kara L. West, Trustee
                                                Kara L. West (TN No. 25744)
                                                Standing Chapter 13 Trustee
                                                P.O. Box 511
                                                Chattanooga, TN 37401
                                                (423) 265-2261

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

AMELIA C ROBERTS - ECF
US Trustee – ECF
Bankruptcy Court – ECF
  – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   AUTUMN TRINAE PRICE, 3932 ALEXIS CIRCLE, , CHATTANOOGA, TN    37406
Creditor:   US BANK TRUST NATIONAL ASSOCIATION, %SN SERVICING CORPORATION, 323 5TH STREET, EUREKA, CA 95501-
Creditor Noticing Address:      US BANK TRUST NA % SN SERVICING CORPORATION 323 FIFTH STREET EUREKA, CA 95501

                                          s/ Kara L. West w/permission by DRJ (35)
                                                Chapter 13 Trustee
                                                P.O. Box 511
                                                Chattanooga, TN 37401-0511
                                                (423) 265-2261

# Disbursements for Claim

**Case:** 17-13638    AUTUMN TRINAE PRICE

US BANK TRUST NATIONAL ASSOCIATION
%SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA  95501-

Sequence: 24
Modify:
Filed Date: 9/19/2017  12:00:00AM
Hold Code:

Acct No: 5558/3932 ALEXIS CIRCLE 37

3932 ALEXIS CIRCLE, CHATTANOOGA, TN 37406***

|  | Debt: $35,668.02 | Interest Paid: $0.00 |
|---|---|---|
| Amt Sched: $75,000.00 |  | Accrued Int: $0.00 |
| Amt Due: $656.00 | Paid: $35,668.02 | Balance Due: $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0020    US BANK TRUST NATIONAL ASSOCIATION** | | | | | | | |
| US BANK TRUST NATIONAL ASSOCI. |  | 11/30/2021 | 2136651 | $656.00 | $0.00 | $656.00 | |
| US BANK TRUST NATIONAL ASSOCI. |  | 10/31/2021 | 2133112 | $656.00 | $0.00 | $656.00 | 11/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 09/30/2021 | 2129492 | $656.00 | $0.00 | $656.00 | 10/21/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 08/31/2021 | 2125841 | $656.00 | $0.00 | $656.00 | 09/29/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 07/31/2021 | 2122173 | $656.00 | $0.00 | $656.00 | 08/31/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 06/30/2021 | 2118375 | $656.00 | $0.00 | $656.00 | 07/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 05/31/2021 | 2114594 | $656.00 | $0.00 | $656.00 | 06/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. | V | 05/15/2021 | 2110039 | ($656.00) | $0.00 | ($656.00) | 05/15/2021 |
| US BANK TRUST NATIONAL ASSOCI. | M | 05/15/2021 | 2113493 | $656.00 | $0.00 | $656.00 | 05/28/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 04/30/2021 | 2110039 | $656.00 | $0.00 | $656.00 | 05/15/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 03/31/2021 | 2106140 | $656.00 | $0.00 | $656.00 | 04/22/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 02/28/2021 | 2099260 | $656.00 | $0.00 | $656.00 | 03/23/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 01/31/2021 | 2095524 | $785.88 | $0.00 | $785.88 | 03/03/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 12/31/2020 | 2091763 | $787.53 | $0.00 | $787.53 | 01/22/2021 |
| US BANK TRUST NATIONAL ASSOCI. |  | 11/30/2020 | 2087989 | $787.53 | $0.00 | $787.53 | 12/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 10/31/2020 | 2084184 | $787.53 | $0.00 | $787.53 | 11/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 09/30/2020 | 2080293 | $787.53 | $0.00 | $787.53 | 10/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 07/31/2020 | 2072310 | $2,915.81 | $0.00 | $2,915.81 | 08/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 06/30/2020 | 2068331 | $799.04 | $0.00 | $799.04 | 07/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 02/29/2020 | 2052339 | $786.76 | $0.00 | $786.76 | 03/20/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 01/31/2020 | 2048373 | $790.20 | $0.00 | $790.20 | 02/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 12/31/2019 | 2044277 | $794.06 | $0.00 | $794.06 | 01/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. |  | 11/30/2019 | 2040353 | $797.05 | $0.00 | $797.05 | 12/20/2019 |
| US BANK TRUST NATIONAL ASSOCI. |  | 10/31/2019 | 2036353 | $799.41 | $0.00 | $799.41 | 11/19/2019 |
| US BANK TRUST NATIONAL ASSOCI. |  | 09/30/2019 | 2032279 | $815.65 | $0.00 | $815.65 | 10/22/2019 |
| SHELLPOINT MORTGAGE SERVICING |  | 08/31/2019 | 2030938 | $816.51 | $0.00 | $816.51 | 09/20/2019 |
| SHELLPOINT MORTGAGE SERVICING |  | 07/31/2019 | 2026751 | $817.28 | $0.00 | $817.28 | 08/20/2019 |
| SHELLPOINT MORTGAGE SERVICING |  | 06/30/2019 | 2022562 | $817.98 | $0.00 | $817.98 | 07/23/2019 |
| SHELLPOINT MORTGAGE SERVICING | V | 06/13/2019 | 2018400 | ($810.66) | $0.00 | ($810.66) | 06/13/2019 |
| SHELLPOINT MORTGAGE SERVICING | M | 06/13/2019 | 2018939 | $810.66 | $0.00 | $810.66 | 06/20/2019 |
| SHELLPOINT MORTGAGE SERVICING |  | 05/31/2019 | 2018400 | $810.66 | $0.00 | $810.66 | 06/13/2019 |

1

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING | | 04/30/2019 | 2013966 | $810.66 | $0.00 | $810.66 | 05/17/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 03/31/2019 | 2009571 | $1,062.96 | $0.00 | $1,062.96 | 04/24/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 02/28/2019 | 2005418 | $1,453.12 | $0.00 | $1,453.12 | 03/28/2019 |
| PHH MORTAGE SERVICES | V | 02/13/2019 | 1999404 | ($726.56) | $0.00 | ($726.56) | 02/13/2019 |
| PHH MORTAGE SERVICES | | 01/31/2019 | 1999404 | $726.56 | $0.00 | $726.56 | 02/13/2019 |
| PHH MORTGAGE CORPORATION | | 12/31/2018 | 1996905 | $726.56 | $0.00 | $726.56 | 01/22/2019 |
| PHH MORTGAGE CORPORATION | M | 12/13/2018 | 1993692 | $782.00 | $0.00 | $782.00 | 12/19/2018 |
| PHH MORTGAGE CORPORATION | V | 12/13/2018 | 1992850 | ($782.00) | $0.00 | ($782.00) | 12/13/2018 |
| PHH MORTGAGE CORPORATION | | 11/30/2018 | 1992850 | $782.00 | $0.00 | $782.00 | 12/13/2018 |
| PHH MORTGAGE CORPORATION | | 10/31/2018 | 1988829 | $782.32 | $0.00 | $782.32 | 11/20/2018 |
| PHH MORTGAGE CORPORATION | | 09/30/2018 | 1980392 | $783.11 | $0.00 | $783.11 | 10/23/2018 |
| PHH MORTGAGE CORPORATION | | 08/31/2018 | 1976257 | $785.40 | $0.00 | $785.40 | 09/18/2018 |
| PHH MORTGAGE CORPORATION | | 07/31/2018 | 1971895 | $789.74 | $0.00 | $789.74 | 08/21/2018 |
| PHH MORTGAGE CORPORATION | | 06/30/2018 | 1967560 | $796.96 | $0.00 | $796.96 | 07/20/2018 |
| PHH MORTGAGE CORPORATION | | 05/31/2018 | 1963242 | $808.09 | $0.00 | $808.09 | 06/26/2018 |
| PHH MORTGAGE CORPORATION | | 04/30/2018 | 1958748 | $765.58 | $0.00 | $765.58 | 05/23/2018 |
| PHH MORTGAGE CORPORATION | | 03/31/2018 | 1954085 | $585.19 | $0.00 | $585.19 | 04/20/2018 |
| PHH MORTGAGE CORPORATION | | 02/28/2018 | 1949358 | $495.83 | $0.00 | $495.83 | 03/28/2018 |
| PHH MORTGAGE CORPORATION | | 01/31/2018 | 1944951 | $495.83 | $0.00 | $495.83 | 02/23/2018 |
| PHH MORTGAGE CORPORATION | | 12/31/2017 | 1940312 | $495.83 | $0.00 | $495.83 | 01/29/2018 |
| PHH MORTGAGE CORPORATION | | 11/30/2017 | 1935811 | $495.83 | $0.00 | $495.83 | 01/02/2018 |
| PHH MORTGAGE CORPORATION | | 10/31/2017 | 1931256 | $495.83 | $0.00 | $495.83 | 11/29/2017 |
| PHH MORTGAGE CORPORATION | | 09/30/2017 | 1926635 | $0.77 | $0.00 | $0.77 | 10/27/2017 |
| | | | Sub-totals: | $35,668.02 | $0.00 | $35,668.02 | |

**0021    US BANK TRUST NATIONAL ASSOCIATION**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NATIONAL ASSOCI. | | 11/30/2021 | 2136651 | $1,485.40 | $0.00 | $1,485.40 | |
| US BANK TRUST NATIONAL ASSOCI. | | 10/31/2021 | 2133112 | $221.00 | $0.00 | $221.00 | 11/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 09/30/2021 | 2129492 | $221.00 | $0.00 | $221.00 | 10/21/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 08/31/2021 | 2125841 | $221.00 | $0.00 | $221.00 | 09/29/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 07/31/2021 | 2122173 | $221.00 | $0.00 | $221.00 | 08/31/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 06/30/2021 | 2118375 | $221.00 | $0.00 | $221.00 | 07/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 05/31/2021 | 2114594 | $221.00 | $0.00 | $221.00 | 06/30/2021 |
| US BANK TRUST NATIONAL ASSOCI. | V | 05/15/2021 | 2110039 | ($221.00) | $0.00 | ($221.00) | 05/15/2021 |
| US BANK TRUST NATIONAL ASSOCI. | M | 05/15/2021 | 2113493 | $221.00 | $0.00 | $221.00 | 05/28/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 04/30/2021 | 2110039 | $221.00 | $0.00 | $221.00 | 05/15/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 03/31/2021 | 2106140 | $221.00 | $0.00 | $221.00 | 04/22/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 02/28/2021 | 2099260 | $221.00 | $0.00 | $221.00 | 03/23/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 01/31/2021 | 2095524 | $264.76 | $0.00 | $264.76 | 03/03/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 12/31/2020 | 2091763 | $265.31 | $0.00 | $265.31 | 01/22/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 11/30/2020 | 2087989 | $265.31 | $0.00 | $265.31 | 12/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 10/31/2020 | 2084184 | $265.31 | $0.00 | $265.31 | 11/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 09/30/2020 | 2080293 | $265.31 | $0.00 | $265.31 | 10/21/2020 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NATIONAL ASSOCI. | | 07/31/2020 | 2072310 | $843.49 | $0.00 | $843.49 | 08/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 06/30/2020 | 2068331 | $260.40 | $0.00 | $260.40 | 07/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 02/29/2020 | 2052339 | $231.75 | $0.00 | $231.75 | 03/20/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 01/31/2020 | 2048373 | $230.46 | $0.00 | $230.46 | 02/21/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 12/31/2019 | 2044277 | $230.46 | $0.00 | $230.46 | 01/23/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 11/30/2019 | 2040353 | $230.46 | $0.00 | $230.46 | 12/20/2019 |
| US BANK TRUST NATIONAL ASSOCI. | | 10/31/2019 | 2036353 | $230.46 | $0.00 | $230.46 | 11/19/2019 |
| US BANK TRUST NATIONAL ASSOCI. | | 09/30/2019 | 2032279 | $223.96 | $0.00 | $223.96 | 10/22/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 08/31/2019 | 2030938 | $223.96 | $0.00 | $223.96 | 09/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 07/31/2019 | 2026751 | $223.96 | $0.00 | $223.96 | 08/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 06/30/2019 | 2022562 | $223.96 | $0.00 | $223.96 | 07/23/2019 |
| SHELLPOINT MORTGAGE SERVICING | M | 06/13/2019 | 2018939 | $246.58 | $0.00 | $246.58 | 06/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | V | 06/13/2019 | 2018400 | ($246.58) | $0.00 | ($246.58) | 06/13/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 05/31/2019 | 2018400 | $246.58 | $0.00 | $246.58 | 06/13/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 04/30/2019 | 2013966 | $246.58 | $0.00 | $246.58 | 05/17/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 03/31/2019 | 2009571 | $323.32 | $0.00 | $323.32 | 04/24/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 02/28/2019 | 2005418 | $442.00 | $0.00 | $442.00 | 03/28/2019 |
| PHH MORTAGE SERVICES | V | 02/13/2019 | 1999404 | ($221.00) | $0.00 | ($221.00) | 02/13/2019 |
| PHH MORTAGE SERVICES | | 01/31/2019 | 1999404 | $221.00 | $0.00 | $221.00 | 02/13/2019 |
| PHH MORTGAGE CORPORATION | | 12/31/2018 | 1996905 | $221.00 | $0.00 | $221.00 | 01/22/2019 |
| PHH MORTGAGE CORPORATION | V | 12/13/2018 | 1992850 | ($275.24) | $0.00 | ($275.24) | 12/13/2018 |
| PHH MORTGAGE CORPORATION | M | 12/13/2018 | 1993692 | $275.24 | $0.00 | $275.24 | 12/19/2018 |
| PHH MORTGAGE CORPORATION | | 11/30/2018 | 1992850 | $275.24 | $0.00 | $275.24 | 12/13/2018 |
| PHH MORTGAGE CORPORATION | | 10/31/2018 | 1988829 | $274.92 | $0.00 | $274.92 | 11/20/2018 |
| PHH MORTGAGE CORPORATION | | 09/30/2018 | 1980392 | $274.13 | $0.00 | $274.13 | 10/23/2018 |
| PHH MORTGAGE CORPORATION | | 08/31/2018 | 1976257 | $271.84 | $0.00 | $271.84 | 09/18/2018 |
| PHH MORTGAGE CORPORATION | | 07/31/2018 | 1971895 | $267.50 | $0.00 | $267.50 | 08/21/2018 |
| PHH MORTGAGE CORPORATION | | 06/30/2018 | 1967560 | $260.28 | $0.00 | $260.28 | 07/20/2018 |
| PHH MORTGAGE CORPORATION | | 05/31/2018 | 1963242 | $249.15 | $0.00 | $249.15 | 06/26/2018 |
| PHH MORTGAGE CORPORATION | | 04/30/2018 | 1958748 | $232.98 | $0.00 | $232.98 | 05/23/2018 |
| PHH MORTGAGE CORPORATION | | 03/31/2018 | 1954085 | $170.37 | $0.00 | $170.37 | 04/20/2018 |
| PHH MORTGAGE CORPORATION | | 02/28/2018 | 1949358 | $87.53 | $0.00 | $87.53 | 03/28/2018 |
| PHH MORTGAGE CORPORATION | | 01/31/2018 | 1944951 | $87.53 | $0.00 | $87.53 | 02/23/2018 |
| PHH MORTGAGE CORPORATION | | 12/31/2017 | 1940312 | $87.53 | $0.00 | $87.53 | 01/29/2018 |
| PHH MORTGAGE CORPORATION | | 11/30/2017 | 1935811 | $87.53 | $0.00 | $87.53 | 01/02/2018 |
| PHH MORTGAGE CORPORATION | | 10/31/2017 | 1931256 | $87.67 | $0.00 | $87.67 | 11/29/2017 |

Sub-totals: $12,147.40    $0.00    $12,147.40

Grand Total: $47,815.42    $0.00

3

# Disbursements for Claim

**Case:** 17-13638    AUTUMN TRINAE PRICE

**US BANK TRUST NATIONAL ASSOCIATION**
%BSI FINANCIAL SERVICES
314 S FRANKLIN ST 2ND FLOC
TITUSVILLE, PA   16354-

Sequence: 25
Modify:
Filed Date: 10/5/2017 12:00:00AM
Hold Code:

Acct No: 5558/POSTPETITION MTG FEI

FEES/POSTPETITION MTG FEES***

| | | Debt: | $650.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $650.00 | Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3000   US BANK TRUST NATIONAL ASSOCIATION** | | | | | | | |
| US BANK TRUST NATIONAL ASSOCI, | | 07/31/2020 | 2072310 | $416.97 | $0.00 | $416.97 | 08/21/2020 |
| US BANK TRUST NATIONAL ASSOCI, | | 02/29/2020 | 2052339 | $40.93 | $0.00 | $40.93 | 03/20/2020 |
| US BANK TRUST NATIONAL ASSOCI, | | 01/31/2020 | 2048373 | $36.58 | $0.00 | $36.58 | 02/21/2020 |
| US BANK TRUST NATIONAL ASSOCI, | | 12/31/2019 | 2044277 | $32.72 | $0.00 | $32.72 | 01/23/2020 |
| US BANK TRUST NATIONAL ASSOCI, | | 11/30/2019 | 2040353 | $29.73 | $0.00 | $29.73 | 12/20/2019 |
| US BANK TRUST NATIONAL ASSOCI, | | 10/31/2019 | 2036353 | $27.37 | $0.00 | $27.37 | 11/19/2019 |
| US BANK TRUST NATIONAL ASSOCI, | | 09/30/2019 | 2032279 | $17.63 | $0.00 | $17.63 | 10/22/2019 |
| SHELLPOINT MORTGAGE SERVICIN( | | 08/31/2019 | 2030938 | $16.77 | $0.00 | $16.77 | 09/20/2019 |
| SHELLPOINT MORTGAGE SERVICIN( | | 07/31/2019 | 2026751 | $16.00 | $0.00 | $16.00 | 08/20/2019 |
| SHELLPOINT MORTGAGE SERVICIN( | | 06/30/2019 | 2022562 | $15.30 | $0.00 | $15.30 | 07/23/2019 |
| | | | Sub-totals: | $650.00 | $0.00 | $650.00 | |
| | | | Grand Total: | $650.00 | $0.00 | | |